IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-CR-00205-AWI |
| ) | |
| Plaintiff, ) | ORDER ON GOVERNMENT'S |
| ) | APPLICATION FOR ORDER |
| ) | REGARDING CRIMINAL FORFEITURE |
| v. ) | OF PROPERTY IN GOVERNMENT |
| ) | CUSTODY - 18 U.S.C. § |
| JASON PATRICK JOSEPH LOMBARDO,) | 983(a)(3)(B)(ii)(II) |
| ZACHARY DAVID FOLKES, and ) | |
| GAYLIA LOMBARDO, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter comes before the Court on the motion of the United States for an Order authorizing the Government and its agencies to maintain custody of certain properties pending the conclusion of the pending criminal case. For the reasons provided in the Government's motion, the Court makes the following orders:

IT IS HEREBY ORDERED, that the United States and its agencies, including the DEA and/or the U.S. Marshals Service, are authorized to maintain and preserve the following assets until the conclusion of the instant criminal case, or pending further Order of this Court:

1     a)     Approximately $20,905.00 in U.S. Currency;
2     b)     2002 GMC Sierra 4x4 Pickup, License Number 6V46987,
3             VIN: 2GTEK19TX21212155;
4     c)     1999 Chevrolet Corvette, License Number 5DAE322, VIN:
5             1G1YY32G2X5110853; and,
6     d)     1997 Sanger Boat, License Number CF8730PC, VIN:
7             SANLX267G697, with Trailer License Number 4EU2495.

IT IS SO ORDERED.

**Dated:**    **January 9, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE