ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
GAYLIA LOMBARDO



FILED

SEP 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-05-00205 AWI |
| Plaintiff, | STIPULATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY |
| vs. | |
| GAYLIA LOMBARDO, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, GAYLIA LOMBARDO, by and through her attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kathleen A. Servatius, that an Order be issued exonerating the property bond and the real property in interest be reconveyed in this matter.

On August 26, 2005 an original Deed of Trust was posted on behalf of the Defendant, GAYLIA LOMBARDO, by Elizabeth and Darrell Vern Moldrem (Deed of Trust No. 2005-0272105-00; property address 5544 Alabama Drive, Concord, CA  94521).  The Straight Note and Deed of Trust were posted in the amount of $200,000.00.

1  The parties posting the bond, Elizabeth and Darrell Vern
2  Moldrem need to refinance the loan on their property.  In order to
3  do so, they are required to have the lien lifted by the Court.
4  It is therefore respectfully requested that the property bond
5  in this matter be exonerated and that the property posted as
6  collateral for the bond be reconveyed to Elizabeth and Darrell Vern
7  Moldrem, for a period of 45 days at which time a new bond will be
8  posted for the Defendant, GAYLIA LOMBARDO.

                                        Respectfully submitted,

Dated:  September 22, 2006

                                        /s/ Anthony P. Capozzi
                                        Anthony P. Capozzi,
                                        Attorney for Defendant,
                                        GAYLIA LOMBARDO

Dated:  September 20, 2006

                                        /s/ Kathleen A. Servatius
                                        Kathleen A. Servatius,
                                        Assistant United States Attorney

Date:   September 27, 2006

                                        /s/ Lydia Serrano
                                        Lydia Serrano
                                        United States Pretrial Officer

**ORDER**

IT IS HEREBY ORDERED that the property bond in the above-captioned matter be exonerated and title to the real property be reconveyed to Elizabeth and Darrell Vern Moldrem.

IT IS FURTHER ORDERED that the Defendant will post a new bond with the Court within 45 days of the exoneration of the above referenced bond.

Dated: September 27, 2006

_____
HONORABLE ANTHONY W. ISHII
U.S. District Court Judge