ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendants,
JASON LOMBARDO and GAYLIA LOMBARDO


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-05-0205 AWI |
| Plaintiff, | ) |
| | ) STIPULATION FOR CONTINUANCE AND |
| vs. | ) ORDER |
| | ) |
| JASON LOMBARDO and GAYLIA LOMBARDO, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED between the Defendants, JASON LOMBARDO and GAYLIA LOMBARDO, by and through their attorney of record, Anthony P. Capozzi and Plaintiff, by and through Assistant United States Attorney, Kathleen A. Servatius, that the Hearing now set for Monday, November 20, 2006 at 9:00 a.m. be continued to Monday, December 11, 2006 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1

2
   1. Title 18, United States Code, Section 3161(h)(1)(f) -- Any
3
      period of delay resulting from other proceedings concerning the
      defendant, including but not limited to any pretrial motion,
4
      from the filing of the motion through the conclusion of the
      hearing on, or other prompt disposition of, such motion;
5
   2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the
6
      ends of justice served by taking such action outweighs the best
      interest of the public and the defendant in a speedy trial;
7
   3. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it
      is unreasonable to expect adequate preparation for pre-trial
8
      proceedings or for the trial itself with the time limits
9
      established due to the complexity of the case.

10
                              Respectfully submitted,

11
Dated:  November 16, 2006

12
                         /s/ Anthony P. Capozzi
                       Anthony P. Capozzi,
13
                       Attorney for Defendants,
                       JASON LOMBARDO and
14
                       GAYLIA LOMBARDO

15
Dated:  November 16, 2006

16
                         /s/ Kathleen A. Servatius
                       Kathleen A. Servatius
17
                       Assistant U.S. Attorney

18

19
                              **ORDER**

20
    IT IS SO ORDERED.  Good cause having been shown, the Hearing
21
now set for November 20, 2006 be continued to December 11, 2006 at
22
9:00 a.m.  Additionally, time shall be excluded by stipulation from
23
the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and
24
3161(h)(B)(ii).
25

26

27
IT IS SO ORDERED.
28

**Dated:    November 17, 2006**　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE