# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 2 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

United States of America )
vs. ) Case No. CR-F-05-0205 AWI
GAYLIA LOMBARDO )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Gaylia Lombardo_____, have discussed with _____Kimberly M. Dalton_____, Pretrial Services Officer, modifications of my release conditions as follows:

The order that she participate in a program of medical or psychiatric treatment including treatment for alcohol or drug dependency as approved by Pretrial Services, **be vacated.**

All other previously imposed conditions of release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Gaylia Lombardo_     1-16-07          _Kimberly M. Dalton_     1/16/07
Signature of Defendant    Date           Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                        1/23/07
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Anthony P Capozzi_                                  1/16/07
Signature of Defense Counsel                          Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on  1/24/07 .
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                                        1/24/07
Signature of Judicial Officer                         Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services