Stipulation to Continue
Case No. 05-205 AWI
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendants,
JASON LOMBARDO and GAYLIA LOMBARDO


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JASON LOMBARDO and GAYLIA LOMBARDO,<br><br>　　　　Defendants. | Case No.: CR-F-05-0205 AWI<br><br>STIPULATION FOR CONTINUANCE AND ORDER |

　　　IT IS HEREBY STIPULATED between the Defendants, JASON LOMBARDO and GAYLIA LOMBARDO, by and through their attorney of record, Anthony P. Capozzi and Plaintiff, by and through Assistant United States Attorney, Kathleen A. Servatius, that the Hearing now set for Monday, March 19, 2007 at 9:00 a.m. be continued to Monday, April 2, 2007 at 9:00 a.m.

　　　This request is made to allow the parties additional time to negotiate the plea offer presented by the Government in this matter.

　　　It is further stipulated by the parties that any delay resulting

from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other proceedings concerning the defendant, including but not limited to any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion;
2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;
3. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  March 15, 2007

　　　　　　　　　　　　　　　　　/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendants,
JASON LOMBARDO and
GAYLIA LOMBARDO

Dated:  March 15, 2007

　　　　　　　　　　　　　　　　　/s/ Kathleen A. Servatius
Kathleen A. Servatius
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.  Good cause having been shown, the Hearing now set for March 19, 2007 be continued to April 2, 2007 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:    March 16, 2007**　　　　　　　／s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE