- 1 -

ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
GAYLIA LOMBARDO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| UNITED STATES OF AMERICA, | Case No.: CR-F-05-00205 AWI |
|---|---|
| Plaintiff, | STIPULATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY |
| vs. | |
| GAYLIA LOMBARDO, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, GAYLIA LOMBARDO, by and through her attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kathleen A. Servatius, that an Order be issued exonerating the property bond and the real property in interest be re-conveyed in this matter.  In addition, it is further stipulated that the Defendant, GAYLIA LOMBARDO, be released on her own recognizance.

An original Deed of Trust was posted on behalf of the Defendant, GAYLIA LOMBARDO, by Elizabeth and Darrell Vern Moldrem (Deed of Trust No. 2007-00355615-00; property address 5544 Alabama Drive, Concord, CA  94521).  The Straight Note and Deed of Trust were posted in the amount of $200,000.00.

The parties posting the bond, Elizabeth and Darrell Vern Moldrem need to sell their property. In order to do so, they are required to have the lien lifted by the Court.

It is therefore respectfully requested that the property bond in this matter be exonerated and that the property posted as collateral for the bond be re-conveyed to Elizabeth and Darrell Vern Moldrem and that the Defendant, GAYLIA LOMBARDO, be released on her own recognizance.

Respectfully submitted,

Dated: November 26, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
GAYLIA LOMBARDO

Dated: November 26, 2007

/s/ Kathleen A. Servatius
Kathleen A. Servatius,
Assistant United States Attorney

Date: November 26, 2007

/s/ Lydia Serrano
Lydia Serrano
United States Pretrial Officer

## ORDER

IT IS HEREBY ORDERED that the property bond in the above-captioned matter be exonerated and title to the real property be re-conveyed to Elizabeth and Darrell Vern Moldrem and that Defendant, GAYLIA LOMBARDO, be released on her own recognizance.

IT IS SO ORDERED.

Dated:   November 26, 2007          /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE