McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:05-CR-205 AWI |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| GAYLIA LOMBARDO, and<br>JASON PATRICK LOMBARDO, | |
| Defendants. | |

The Court makes the following FINDINGS:

1.  On February 4, 2008, this Court entered a Preliminary Order of Forfeiture, ordering the forfeiture of the following property:

   a.  A personal forfeiture money judgment in the amount of $150,000 in lieu of the real property located at 15600 Oak Street, Delhi, California, APN: 047-040-019;

   b.  Real property located on Noah Drive, Atwater, California, APN: 059-530-052;

   c.  Approximately $20,905.00 in U.S. Currency;

   d.  2002 GMC Sierra 4x4 Pickup, License Number 6V46987, VIN: 2GTEK19TX21212155;

   e.  1999 Chevrolet Corvette, License Number 5DAE322, VIN: 1G1YY32G2X5110853;

   f.  1997 Sanger Boat, License Number CF8730PC, VIN: SANLX267G697, with Trailer License Number 4EU2495;

      g.  Approximately $54,768.95 in U.S. Currency seized from Wells Fargo Bank, Account Number 5204175581, held in the name of Jason Patrick Lombardo; and

      h.  Approximately $8,664.26 in U.S. Currency seized from Wells Fargo Bank, Account Number 277-0037162, held in the name of Jason Patrick Lombardo.

The Court adjudged that based on the plea agreements of defendants Gaylia Lombardo and Jason Patrick Lombardo that the above-described properties were subject to forfeiture pursuant to 21 U.S.C. § 853(a) and Fed. R. Crim. P. 32.2(b)(1).

    2.  On February 18, 25, and March 3, 2008, the United States published notice of the Court's Order of Forfeiture in the <u>Merced Sun Star</u> (Merced County) and on February 27, March 5 and 12, 2008, the United States published notice of the Court's Order of Forfeiture in <u>The Modesto Bee</u> (Stanislaus County), newspapers of general circulation located in the counties in which the above-described properties were seized or are located.

    3.  The United States sent direct written notice by certified mail to the following persons or entities known to have an alleged interest in one or more of the above-described properties:

      a.    General Motors Acceptance Corporation ("GMAC")

      b.    CitiMortgage, Inc. through Wolfe & Wyman LLP[1]

    4.  On February 27, 2008, GMAC filed a Petition of Lienholder GMAC LLC f/k/a General Motors Acceptance Corporation for Ancillary Hearing.  GMAC asserted a claim to the 2002 GMC Sierra 4x4 Pickup, License Number 6V46987, VIN: 2GTEK19TX21212155, as lien holder of the vehicle.

    5.  No other third party has filed a claim to any of the subject properties, and the time for any person or entity to file a claim has expired.

---

[1] On or about March 26, 2008, the United States received a check in the amount of $150,000 from Chicago Title Company to satisfy Gaylia Lombardo's personal forfeiture money judgment from the sale and/or refinance of the real property located at 15600 Oak Street, Delhi, California, APN: 047-040-019.  CitiMortgage, Inc. was the lien holder on that real property.

1     Accordingly, it is hereby ORDERED, ADJUDGED and DECREED as follows:

2     1. A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in all the below listed properties pursuant to 21 U.S.C. § 853(a) and Fed. R. Crim. P. 32.2(b)(1), to be disposed of according to law, including all right, title, and interest of defendants Gaylia Lombardo and Jason Patrick Lombardo:

   a. A personal forfeiture money judgment in the amount of $150,000 in lieu of the real property located at 15600 Oak Street, Delhi, California, APN: 047-040-019;

   b. Real property located on Noah Drive, Atwater, California, APN: 059-530-052;

   c. Approximately $20,905.00 in U.S. Currency;

   d. 2002 GMC Sierra 4x4 Pickup, License Number 6V46987, VIN: 2GTEK19TX21212155;

   e. 1999 Chevrolet Corvette, License Number 5DAE322, VIN: 1G1YY32G2X5110853;

   f. 1997 Sanger Boat, License Number CF8730PC, VIN: SANLX267G697, with Trailer License Number 4EU2495;

   g. Approximately $54,768.95 in U.S. Currency seized from Wells Fargo Bank, Account Number 5204175581, held in the name of Jason Patrick Lombardo; and

   h. Approximately $8,664.26 in U.S. Currency seized from Wells Fargo Bank, Account Number 277-0037162, held in the name of Jason Patrick Lombardo.

2. Pursuant to the Stipulation For Settlement and Order Thereon filed April 30, 2008, between the United States and GMAC, upon entry of a Final Order of Forfeiture forfeiting the 2002 GMC Sierra 4x4 Pickup, License Number 6V46987, VIN: 2GTEK19TX21212155 to the United States and sale of the vehicle, the U.S. Marshals Service shall pay petitioner GMAC a sum of $4,719.85, together with interest (financing and late charges) in the amount of $1,021.80 at the rate of 5.90% per diem, less any principal payments made between July 24, 2005, and the date of payment; plus interest on the unpaid principal sum at the contractual (not default) rate. The exact amount to be paid to petitioner GMAC shall be determined at the time of payment.

3. All right, title, and interest in the above-described properties shall vest solely in the name of the United States of America.

4.  The U.S. Marshals Service shall maintain custody of and control over the subject properties until they are disposed of according to law.

IT IS SO ORDERED.

**Dated:**   **June 2, 2008**                             /s/ Anthony W. Ishii
                                                                                UNITED STATES DISTRICT JUDGE

4